# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARK CONLEY,

           Plaintiff,

vs.

BANK OF AMERICA, N.A., et al.,

           Defendants.

Case No. 2:11-cv-00353-JCM-PAL

**ORDER**

(IFP App - Dkt. #1)

This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed on March 7, 2011. Plaintiff has used an old version of the court's standard application, and it does not contain any information concerning his monthly expenses. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis*.
3. Plaintiff shall complete and return the application on or before **April 15, 2011.** Failure to comply with this Order will result in a recommendation to the District Judge that this case be dismissed.

Dated this 14th day of March, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE