**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK CONLEY, ) | Case No. 2:11-cv-00353-JCM-PAL |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| Defendants. ) | |

This matter is before the court on the court's review of the docket sheet in this matter. On March 7, 2011, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Dkt. #1). The court denied Plaintiff's Application because (a) he used an outdated version of the form; and (b) he did not include information about his monthly expenses. The court could not determine whether Plaintiff qualified to proceed *in forma pauperis* and directed Plaintiff to file a completed Application on or before April 18, 2011. On April 14, 2011, Plaintiff instead paid the filing fee.

Accordingly,

**IT IS ORDERED**:

1.     The Clerk of Court shall file Plaintiff's Complaint.

2.     Plaintiff shall serve a copy of his Complaint on all Defendants in this matter pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Dated this 20th day of June, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE