UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK CONLEY,

        Plaintiffs,

v.

BANK OF AMERICA N.A., et al.,

        Defendants.

2:11-CV-353 JCM (PAL)

**ORDER**

Presently before the court is defendants Bank of America, BAC Home Loans Servicing, LP, Recontrust Company, and Mortgage Electronic Registration Systems, Inc.'s motion to expunge lis pendens. (Doc. #17). Plaintiff Mark Conley has not filed an opposition to the motion, but has filed his own motion to expunge lis pendens (doc. #19) and a motion to voluntarily dismiss his claims (doc. #18).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to voluntarily dismiss his claims (doc. #18) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to expunge lis pendens be, and the same hereby is, GRANTED..

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that defendants' motion to
2   expunge lis pendens is DENIED as moot.
3   DATED September 23, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -