# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CONLEY,<br><br>             Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., et al.,<br><br>             Defendants. | 2:11-CV-353 JCM (PAL) |

### ORDER

Presently before the court is defendants Bank of America, BAC Home Loans Servicing, LP, Recontrust Company, and Mortgage Electronic Registration Systems, Inc.'s motion to expunge lis pendens. (Doc. #17). Plaintiff Mark Conley has not filed an opposition to the motion, but has filed his own motion to expunge lis pendens (doc. #19) and a motion to voluntarily dismiss his claims (doc. #18).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to voluntarily dismiss his claims (doc. #18) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to expunge lis pendens be, and the same hereby is, GRANTED..

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that defendants' motion to
2   expunge lis pendens is DENIED as moot.
3   DATED September 23, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE